In the matter of Georgia W. Connors, appellant. Arrested on suit of H. Leonard Jacobs, appellee. Gen. No. 24,833.

Imprisonment under writ of *capias ad satisfaciendum*. Refusal to discharge from imprisonment. Appeal from the County Court of Cook county; the Hon. John H. Williams, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded with directions. Opinion filed February 11, 1920.

Charles P. R. Macaulay, for appellant. Pollock, Rainey & Livingston, for appellee; Arthur Manning, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Daniel M. Healy and Charles L. Caswell, appellees, v. Kate Novak and John Novak, appellants. Gen. No. 24,850.

Forcible detainer proceedings. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John R. Caverly, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed February 11, 1920.

K. B. Czarnecki, for appellants. Litsinger, Healy & Reid, for appellees.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

A. G. Dicus, plaintiff in error, v. William Slavik and John Ruzicka, defendants in error. Gen. No. 24,933.

Suit to remove cloud from title to real estate. Decree for complainant. Error to the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Decree modified and affirmed. Opinion filed February 11, 1920.

A. G. Dicus *pro se*. William J. Stapleton and Kaplan & Kaplan, for defendants in error.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Gustave E. Schmidt, appellee, v. Nestor Johnson Manufacturing Company, appellant. Gen. No. 24,637.

Action to recover balance of alleged bonus due employee. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed February 11, 1920.

Zane, Morse & McKinney, for appellant. Moses, Rosenthal & Kennedy, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.